UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SHIRIN FARD and SAMAD NODARGAHFARD, Plaintiff, | § | |
| v. | § | SA-25-CV-695-FB |
| MARCO RUBIO in His Official Capacity as U.S. Secretary of State; ROBERT JACHIM in His Official Capacity as Director of the Office of Screening, Analysis and Coordination; and KENNETH PLATEK in His Capacity as Acting Director of the National Vetting Center, Defendants. | § | |

**ORDER RETURNING CASE TO DISTRICT COURT**

The District Court referred this case to the undersigned for consideration of pretrial matters pursuant to 28 U.S.C. § 636(b). (*See* Docket Entry 9.) On October 3, 2025, the undersigned filed a Report and Recommendation recommending that Defendants' Motion to Dismiss be granted and this case be dismissed without prejudice. (*See* Docket Entry 12.)

The undersigned has completed all referred tasks as outlined in the Referral Order and therefore this case is **RETURNED** to the District Court for further proceedings.

It is so **ORDERED**.

**SIGNED** on October 3, 2025.

Henry J. Bemporad
United States Magistrate Judge